Núm. 8068.—PUEBLO, apldo. v. NAVARRO, aplte.—C. D. Humacao. Mayo 22, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, el apelante Patricio Navarro fué convicto por la Corte de Distrito de Humacao del delito de abandono de menores y condenado a pagar una multa de $20 o en su defecto a prisión subsidiaria;

POR CUANTO, la vista de este recurso se celebró el día 3 de mayo de 1940 con la sola asistencia e informe del fiscal de esta corte y sin que el apelante haya radicado alegato o señalado en manera alguna los errores que a su juicio cometiera la corte inferior;

POR CUANTO, por el examen de la evidencia que hemos practicado opinamos que ésta es ampliamente suficiente para justificar la convicción y sentencia del acusado;

POR LO TANTO, debe confirmarse y por la presente se confirma la sentencia que dictó la Corte de Distrito de Humacao el día 11 de agosto de 1939.

El Juez Asociado Sr. Wolf disintió.